UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:21-cv-62229-WPD

EVANS HILAIRE,

        Plaintiff,
v.

UNITED COLLECTION BUREAU, INC.,

        Defendant.
_____/

## SECOND ORDER TO SHOW CAUSE

THIS CAUSE is before the Court *sua sponte*.

On November 5, 2021, a Notice of Settlement was filed indicating that that the above styled action has been settled. [DE 7]. The parties are required to submit appropriate dismissal papers within ten (10) calendar days of notifying the Court that the case has settled. *See* [DE 3]. On October 16, 2021, the Court entered an Order to Show Cause, stating that no later than November 23, 2021, the parties shall file appropriate dismissal papers or show cause why those documents have not been filed. *See* [DE 9]. That date passed, and the parties have not yet submitted appropriate dismissal documents.

Accordingly, it is **ORDERED AND ADJUDGED** that no later than **December 1, 2021**, the parties shall file the appropriate dismissal papers pursuant to Rule 41 of the Federal Rules of Civil Procedure or show cause why those documents have not been filed.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 24th day of November, 2021.

WILLIAM P. DIMITROULEAS
United States District Judge

cc: all counsel of record