UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:21-cv-62229-WPD

EVANS HILAIRE,

        Plaintiff,
v.

UNITED COLLECTION BUREAU, INC.,

        Defendant.
_____/

### ORDER APPROVING VOLUNTARY DISMISSAL

THIS CAUSE is before the Court upon Plaintiff's Notice of Voluntary Dismissal (the "Notice") [DE 11], filed herein on November 24, 2021. The Court has carefully reviewed the Notice and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Notice [DE 11] is hereby **APPROVED**.
2. This case is **DISMISSED WITH PREJUDICE**.
3. The Clerk is directed to **DENY** any pending motions as moot and **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 29th day of November, 2021.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record

1